*handwritten: Identity, g.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAKE PLAZA SHOPPING CENTER LLC,      ) <br> ) <br> Plaintiff,      ) <br> ) <br> vs.      ) <br> ) <br> AON RISK SERVICES CENTRAL, INC. and    ) <br> ACE AMERICAN INSURANCE COMPANY,    ) <br> ) <br> Defendants.      ) | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC# _____ <br> DATE FILED: ____10/17/13____ <br><br> Case No: 13-cv-5239-JGK-JLC |

---

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

---

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Lake Plaza Shopping Center LLC, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against defendant Aon Risk Services Central, Inc.

Dated: New York, New York

October 15, 2013

Wilk Auslander LLP

By: _____
       M. William Scherer (MS-6438)

1515 Broadway
New York, NY 10036
Tel: 212-981-2300
Fax: 212-752-6380

*Counsel for Plaintiff Lake Plaza Shopping Center LLC*

**SO ORDERED:**

_____
       **U.S.D.J.**

*handwritten: 10/17/13*