UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-4-13

LAKE PLAZA SHOPPING CENTER LLC,

    Plaintiff,

vs.

AON RISK SERVICES CENTRAL, INC. and
ACE AMERICAN INSURANCE COMPANY,

    Defendants.

Case No: 13-cv-5239-JGK-JLC

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Lake Plaza Shopping Center LLC, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against defendant ACE American Insurance Company only.

Dated: New York, New York
       October 14, 2013

                          Wilk Auslander LLP

                          By: _____
                             M. William Scherer (MS-6438)

                          1515 Broadway
                          New York, NY 10036
                          Tel: 212-981-2300
                          Fax: 212-752-6380

                          *Counsel for Plaintiff Lake Plaza Shopping Center LLC*

SO ORDERED:
_____
11/4/13  U.S.D.J.

The Clerk is directed to close this case.
SO ordered.
_____
11/4/13  U.S.D.J.

4832-4434-0501.1